```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 16248
    PERRY R CONWELL JR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8398


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/24/2008 and was not confirmed.

     The case was dismissed without confirmation 10/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------

HOUSEHOLD FINANCE CORP   MORTGAGE ARRE   10000.00            .00            .00
HOUSEHOLD FINANCE CORP   CURRENT MORTG        .00            .00            .00
HOUSEHOLD FINANCE CORP   NOTICE ONLY    NOT FILED            .00            .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00            .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE   23139.63            .00            .00
COUNTRYWIDE HOME LOANS   NOTICE ONLY    NOT FILED            .00            .00
ACL INC                  UNSECURED      NOT FILED            .00            .00
ASSOC ST JAMES RADIOLOGI UNSECURED      NOT FILED            .00            .00
AUNT MARTHA COMMUNITY HE UNSECURED      NOT FILED            .00            .00
CAPITAL ONE              UNSECURED        3814.05            .00            .00
CLEAR CHECK              UNSECURED      NOT FILED            .00            .00
CLEARCHECK PAYMENT SOLUT NOTICE ONLY    NOT FILED            .00            .00
CONSULTANT IN PATHOLOGY  UNSECURED      NOT FILED            .00            .00
EMERGENCY CARE HEALTH  O UNSECURED      NOT FILED            .00            .00
EMERGENCY CARE HEALTH OR NOTICE ONLY    NOT FILED            .00            .00
INDY ORTHOPIDICS         UNSECURED      NOT FILED            .00            .00
JOHN CUEVA MD            UNSECURED      NOT FILED            .00            .00
MUNICIPAL COLLECTION SER UNSECURED          75.00            .00            .00
ORIZON PATHOLOGY FOUNDAT UNSECURED      NOT FILED            .00            .00
PREVENTIVE PEDIATRICS    UNSECURED      NOT FILED            .00            .00
ST JAMES HOSPITAL & HEAL UNSECURED      NOT FILED            .00            .00
ST JAMES HOSPITAL & HEAL UNSECURED      NOT FILED            .00            .00
ST JAMES HOSPITAL        NOTICE ONLY    NOT FILED            .00            .00
ST JAMES HOSPITAL        NOTICE ONLY    NOT FILED            .00            .00
ST MARGARET MERCY        UNSECURED      NOT FILED            .00            .00
TRUMP CASINO GARY        UNSECURED      NOT FILED            .00            .00
VILLAGE OF STEGER        UNSECURED      NOT FILED            .00            .00
VLADIMIR PAININE MD      UNSECURED      NOT FILED            .00            .00
WELLGROUP HEALTH PARTNER UNSECURED          48.29            .00            .00
WELLGROUP HEALTH PARTNER NOTICE ONLY    NOT FILED            .00            .00
KELLEY CONWELL           NOTICE ONLY    NOT FILED            .00            .00
KELLEY CONWELL           NOTICE ONLY    NOT FILED            .00            .00
WELLGROUP HEALTH PARTNER UNSECURED         345.90            .00            .00
JOYNER LAW OFFICE        DEBTOR ATTY      2,700.00                          .00
TOM VAUGHN               TRUSTEE                                            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 16248 PERRY R CONWELL JR
```

```
DEBTOR REFUND            REFUND                                                    .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                                 .00

PRIORITY                                                        .00
SECURED                                                         .00
UNSECURED                                                       .00
ADMINISTRATIVE                                                  .00
TRUSTEE COMPENSATION                                            .00
DEBTOR REFUND                                                   .00
                                 ---------------    ---------------
TOTALS                                  .00                     .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
    Dated: 01/27/09                  _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE